**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 0:14-cv-62809-UU

LEMUEL NELSON,

      Plaintiff,

v.

S&S PEMBROKE PLAZA LLC, *et al.*,

      Defendants.

_____/

## <u>JUDGMENT</u>

      Pursuant to Federal Rule of Civil Procedure 54 and 58, and this Court's Order Adopting

Magistrate's Report and Recommendation, it is

      ORDERED AND ADJUDGED that Plaintiff SHALL recover from Defendants the sum

of $7,821.25 as fees and costs in this action pursuant to 42 U.S.C. § 12205.

      DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of August, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record